| | |
|---|---|
| 1 | GARY OWEN CARIS (SBN 088918) |
| | E-mail: gcaris@mckennalong.com |
| 2 | LESLEY ANNE HAWES (SBN 117101) |
| | E-mail: lhawes@mckennalong.com |
| 3 | McKENNA LONG & ALDRIDGE LLP |
| | 300 South Grand Avenue, 14th Floor |
| 4 | Los Angeles, CA 90071-3124 |
| | Telephone: (213) 688-1000 |
| 5 | Facsimile: (213) 243-6330 |

ANGELA E. FONES (SBN 245204)
E-mail: afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, CA 94111
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

Attorneys for Plaintiff
**ROBB EVANS & ASSOCIATES LLC as Receiver for AOB COMMERCE, INC., et al.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS & ASSOCIATES LLC as Receiver for AOB COMMERCE, INC., AOB ASIA FUND I, LLC, AOB MANAGEMENT, INC., AOB MEDIA, INC., AOB TRANSPORTATION, INC., AOB VACATIONS, INC., and Their Subsidiaries and Affiliates,<br><br>Plaintiff,<br><br>v.<br><br>SHYAN SHUENN CHOU; TRACY GAI; YU MEI LAN; SHI JIN QIU; CHUN MEI LU also known as CHUN WEI LU also known as CINDY LU; TU-UYEN PHUOC NGUYEN; DENNIS SEO; HYON UNICE KIM SEO also known as UNICE KIM; MOJTABA TAHANI; and SOUDABEH FALAHATI,<br><br>Defendants. | CASE NO. CV 10-02209 CAS (JCx)<br><br>**[PROPOSED] JUDGMENT AGAINST DEFENDANTS YU MEI LAN, TU-UYEN PHUOC NGUYEN, SHI JIN QIU, DENNIS SEO, AND HYON UNICE KIM SEO ALSO KNOWN AS UNICE KIM AFTER DEFAULT**<br><br>**[F.R.C.P., Rules 54(b) and 55(b)(2)]**<br><br>DATE: January 10, 2011<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 5 |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

[PROPOSED] JUDGMENT AGAINST DEFENDANTS

LA:17794511.2

1  By submission of the attorneys of record for Plaintiff Robb Evans &
2  Associates LLC ("Plaintiff"), as Receiver for AOB Commerce, Inc., AOB Asia
3  Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc.,
4  AOB Vacations, Inc., and their subsidiaries and affiliates, Plaintiff's Application
5  for Entry of Separate Default Judgment Against Defendants Yu Mei Lan, Shi Jin
6  Qiu, Tu-Uyen Phuoc Nguyen, Dennis Seo, Hyon Unice Kim Seo also known as
7  Unice Kim, Mojtaba Tahani, and Soudabeh Falahati ("Default Judgment
8  Application") came on regularly for hearing on January 10, 2011 at 10:00 a.m.
9  before the Honorable Christina A. Snyder, United States District Judge presiding in
10 Courtroom 5 of the above-referenced Court.  Gary Owen Caris appeared on behalf
11 of the Plaintiff.  Defendant Mojtaba Tahani also appeared and argued at the hearing.
12 No other appearances were made.  The defendants having been served with process,
13 and having failed to appear and answer the Plaintiff's Complaint filed herein on
14 March 26, 2010, andett the defaults of said defendants having been duly entered
15 and evidence having been considered by the Court, and the Court having reviewed
16 and considered the Default Judgment Application and all pleadings and papers filed
17 in support, including all admissible evidence filed in support thereof, and no
18 opposition having been filed, and good cause appearing for entry of judgment
19 against the defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure:
20 **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that
21 Plaintiff Robb Evans & Associates LLC as Receiver for AOB Commerce, Inc.,
22 AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB
23 Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates shall
24 recover from defendant Yu Mei Lan damages in the amount of $84,125.00, together
25 with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C.
26 § 1961 in effect on the date of filing this lawsuit until the date of entry of judgment,
27 in the amount of $272.60, plus costs of suit in the sum of $40.00 for a total
28 judgment in the amount of $84,437.60, pursuant to the First, Second and Third

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -
[PROPOSED] JUDGMENT AGAINST DEFENDANTS
LA:17794511.2

1 | Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans & Associates LLC as Receiver for AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates shall recover from defendant Shi Jin Qiu damages in the amount of $42,000.00, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit until the date of entry of judgment, in the amount of $136.30, plus costs of suit in the sum of $104.81 for a total judgment in the amount of $42,241.11, pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans & Associates LLC as Receiver for AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates shall recover from defendant Tu-Uyen Phuoc Nguyen damages in the amount of $124,000.00, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit until the date of entry of judgment, in the amount of $403.10, plus costs of suit in the sum of $452.14 for a total judgment in the amount of $124,855.24, pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

1  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans & Associates LLC as Receiver for AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates shall recover from defendants Dennis Seo and Hyon Unice Kim Seo also known as Unice Kim (collectively the "Seos") damages in the amount of $177,528.34, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit until the date of entry of judgment, in the amount of $577.10, for a total judgment in the amount of $178,105.44, which judgment shall be joint and several as to the Seos, pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgments entered against the defendants herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants;

**IT IS FURTHER ORDERED** that there is no just reason for delay in entry of these final judgments against defendants herein and the Court expressly directs that the Clerk of the Court enter these separate judgments against said defendants herein pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains pending against other defendants; and

**IT IS FURTHER ORDERED** that the Court is not ruling at this time on the Default Judgment Application as it pertains to defendants Mojtaba Tahani ("Tahani") and Soudabeh Falahati ("Falahati"). Tahani and Falahati shall have

/ / /

/ / /

1 until January 24, 2011, to move to set aside the default against them or to resolve
2 the lawsuit with the Plaintiff.

DATED: January 12, 2011

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE