GARY OWEN CARIS (SBN 088918)
E-mail:  gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
E-mail:  lhawes@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:  (213) 688-1000
Facsimile:   (213) 243-6330

ANGELA E. FONES (SBN 245204)
E-mail: afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, CA  94111
Telephone:  (415) 267-4000
Facsimile:   (415) 267-4198

Attorneys for Plaintiff
**ROBB EVANS & ASSOCIATES LLC as Receiver for AOB COMMERCE, INC., et al.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS & ASSOCIATES LLC as Receiver for AOB COMMERCE, INC., AOB ASIA FUND I, LLC, AOB MANAGEMENT, INC., AOB MEDIA, INC., AOB TRANSPORTATION, INC., AOB VACATIONS, INC., and Their Subsidiaries and Affiliates,<br><br>Plaintiff,<br><br>v.<br><br>SHYAN SHUENN CHOU, et al.,<br><br>Defendants. | CASE NO.  CV 10-02209 CAS (JCx)<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>[No Hearing Required] |

Robb Evans & Associates LLC as Receiver ("Receiver" or "Plaintiff") for AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates (collectively "Receivership Entities"), through its attorneys of record, McKenna Long & Aldridge LLP, and Defendant Tracy Gai having signed a written Stipulation for Immediate Entry of Judgment ("Stipulation"), the Stipulation having been filed herein, and good cause appearing for the immediate entry of a separate judgment pursuant to Rule 54 of the Federal Rules of Civil Procedure, the Court orders the following judgment pursuant to said Stipulation:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans & Associates LLC as Receiver for AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates, is awarded a judgment against Defendant Tracy Gai in the amount of $150,000.00, together with post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid in full at the rate provided by such statute.

DATED: 3/30/11

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE